## 48017. WHITEHEAD v. DILLARD.

CLARK, Judge. Where a motion for a new trial is sustained, such ruling is not a final disposition of the case. Accordingly it is not appealable without a certificate of immediate review from the trial court. Code Ann. § 6-701 (Ga. L. 1965, p. 18; 1968, pp. 1072, 1073); *State Hwy. Dept. v. Rosenfeld,* 118 Ga. App. 524 (164 SE2d 259); *Pilgreen's Airport, Inc. v. Gold,* 122 Ga. App. 194 (176 SE2d 480). See also *Fife v. Johnston,* 225 Ga. 447 (169 SE2d 167) where our Supreme Court recognized that "Cruel though it was for the law to thus authorize a judge to deprive the loser of a right to appeal, we can not say the law is unconstitutional."

In the instant case the trial judge granted a new trial to defendant following a plaintiff's verdict upon the special ground that he had erred in denying defendant's motion for mistrial based on improper statements in the closing argument of plaintiff's attorney. As this was not a new trial granted on the discretionary general grounds, it was appealable, provided appellant had obtained a certificate of immediate review. *Rice v. Matthews,* 104 Ga. App. 593 (1) (122 SE2d 175); *Southern States, Inc. v. Thomason,* 128 Ga. App. 667. The record here containing no requisite certificate, our court is without jurisdiction and the motion to dismiss is sustained.

*Appeal dismissed. Hall, P. J., and Evans, J., concur.*

ARGUED APRIL 4, 1973 — DECIDED APRIL 25, 1973.

*Guy B. Scott, Jr.,* for appellant.
*Erwin, Epting, Gibson & Chilivis, Eugene A. Epting,* for appellee.